**Order entered August 20, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00554-CV

### DAVID DOSCHER AND KAREN DOSCHER, Appellants

### V.

### VINTAGE ESTATE HOMES OF TEXAS, LLC, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-04636-A**

## ORDER

Before the Court is appellants' August 28, 2021 agreed motion for a second extension of time to file their brief on the merits. Appellants explain that the parties have reached a tentative settlement agreement and need additional time to complete settlement documents. We **GRANT** the motion to the extent that appellants shall file either a motion to dismiss or their brief on or before **September 29, 2021**.

/s/   CRAIG SMITH
      JUSTICE